UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 04 B 32082 |
| SRDAN DIVJAKOVIC | |
| BILJANA DIVJAKOVIC | CHAPTER 13 |
| | JUDGE: JACQUELINE P COX |
| Debtor | |
| SSN XXX-XX-4713    SSN XXX-XX-7961 | |

------------------------------------------------------------------------
TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
The case was filed on 08/30/2004 and was confirmed 11/15/2004.

The plan was confirmed to pay secured creditors 100% and unsecured creditors  10.00%.

The case was paid in full 01/28/2009.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DELL FINANCIAL | SECURED | 1500.00 | .00 | 1500.00 |
| DELL FINANCIAL | UNSECURED | 800.42 | .00 | 80.04 |
| DELL FINANCIAL SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |
| IKEA | NOTICE ONLY | NOT FILED | .00 | .00 |
| RESURGENT ACQUISITION LL | SECURED | 2500.00 | .00 | 2500.00 |
| RESURGENT ACQUISITION LL | UNSECURED | NOT FILED | .00 | .00 |
| SHERMAN ACQUISITION | UNSECURED | 1223.20 | .00 | 122.32 |
| MONOGRAM CREDIT CARD BK | NOTICE ONLY | NOT FILED | .00 | .00 |
| SHERMAN ACQUISITION | UNSECURED | 18548.41 | .00 | 1854.84 |
| SHERMAN ACQUISITION | UNSECURED | 11787.67 | .00 | 1178.77 |
| CITI CARDS | NOTICE ONLY | NOT FILED | .00 | .00 |
| PLAZA ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| CITICARD | NOTICE ONLY | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 3684.97 | .00 | 368.50 |
| DISCOVER | NOTICE ONLY | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 6714.11 | .00 | 671.41 |
| DUPAGE VALLEY ANESTHESIA | UNSECURED | NOT FILED | .00 | .00 |
| MARSHALL FIELDS | NOTICE ONLY | NOT FILED | .00 | .00 |
| RETAILERS NATIONAL BANK | UNSECURED | 3421.64 | .00 | 342.16 |
| MENARDS | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTCORP | NOTICE ONLY | NOT FILED | .00 | .00 |
| MONOGRAM CREDIT CARD BK | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING LLC | UNSECURED | 8706.14 | .00 | 870.61 |
| NORDSTROM FSB | UNSECURED | 1156.99 | .00 | 115.70 |
| SALVATORE SPINELLI ESQ | NOTICE ONLY | NOT FILED | .00 | .00 |
| MEDICAL BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| SAKS INCORPORATED | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY | UNSECURED | 1620.86 | .00 | 162.09 |
| NATIONAL CAPITAL MANAGEM | UNSECURED | 5598.37 | .00 | 559.84 |
| HOME DEPOT | NOTICE ONLY | NOT FILED | .00 | .00 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 307.58 | .00 | 30.76 |

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 04 B 32082 SRDAN DIVJAKOVIC & BILJANA DIVJAKOVIC

```
ALLIED DATA CORP          NOTICE ONLY   NOT FILED          .00          .00
NCM TRUST                 UNSECURED      3770.39           .00       377.04
NATIONAL CAPITAL MANAGEM  UNSECURED      3936.31           .00       393.63
SHERMAN ACQUISITION       UNSECURED       152.84           .00        15.28
DENNIS G KNIPP            DEBTOR ATTY    1,440.00                   1,440.00
TOM VAUGHN                TRUSTEE                                     808.94
DEBTOR REFUND             REFUND                                      388.07
```

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------

TRUSTEE                  13,780.00

PRIORITY                                        .00
SECURED                                     4,000.00
UNSECURED                                   7,142.99
ADMINISTRATIVE                              1,440.00
TRUSTEE COMPENSATION                          808.94
DEBTOR REFUND                                 388.07
                        ---------------   ---------------
TOTALS                   13,780.00          13,780.00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 03/10/09         _____

                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE